

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00379-CV

Ben **ARIZOLA**, CRNA and Jerome Nayigiziki, CRNA,
Appellants

v.

Juan C. **RODRIGUEZ**, Individually and as Next Friend of Ana J. Rodriguez,
Carlos Aletis Rodriguez, Jackeline Rodriguez, and Andres Alejandro
Rodriguez, Minors
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVQ-002135-D4
Honorable O.J. Hale Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   October 14, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellants filed an unopposed motion to dismiss this appeal. We grant the motion. *See* TEX.

R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)

(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM